IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| QUINCY DEMONE HODGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 321-040 |
| | ) | |
| JACOB BEASLEY, Deputy Warden of Security; TELFAIR STATE PRISON; GEORGIA DEPARTMENT OF CORRECTIONS; and, JERMAINE WHITE, Warden, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** from this case Defendants Telfair State Prison and the Georgia Department of Corrections. The case shall proceed against Defendants Beasley and White as described in the Magistrate Judge's October 1, 2021 Order. (Doc. no. 15.)

SO ORDERED this 25th day of October, 2021, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE